# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER:

The person charged as Richard Paul Nery now appears before this United States District Court for an initial appearance as a result of the matter having been filed in the United States District Court for the Central District of California with: Failure to Appear for a Supervised Release Violation hearing; Title 18 USC Section(s) 3146

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 08/29/2022

_____ (signature)

Philip O'Toole _____ (print)
Deputy United States Marshal

Reviewed and Approved

DATE: 8/29/22

_____ (signature)

JASON A. GORN _____ (print)
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RECEIVED
USMS-C/CA-LA
23JUNE2022
FID #8800671
REG #01466-198

UNITED STATES OF AMERICA

Plaintiff(s)

V.

RICHARD PAUL NERY,

Defendant(s).

CASE NUMBER: LA CR17-00141 JAK

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Richard Paul Nery and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment ☐ Information ☒ Order of Court ☐ Violation Petition ☐ Violation Notice

charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)
Failure to appear.

in violation of Title 18 United States Code, Section(s) 3146.
Supervised Release Violation: 18 U.S.C. §3583.

Kiry K. Gray
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

T. Jackson-Terrell
SIGNATURE OF DEPUTY CLERK
T. Jackson-Terrell

June 22, 2022 at Los Angeles, California
DATE AND LOCATION OF ISSUANCE

By: John A. Kronstadt, U.S. District Judge
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED

DATE OF ARREST

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

NAME OF ARRESTING OFFICER

TITLE

SIGNATURE OF ARRESTING OFFICER

G-04  (10/15)     WARRANT FOR ARREST     Page 1 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRIC OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s)

V.

RICHARD PAUL NERY,

Defendant(s)

CASE NUMBER:

LA CR17-00141 JAK

**WARRANT FOR ARREST**

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| DATE OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|
|  |  |  |  |  |

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|
|  |  |

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
|  |  |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|
|  |  |

NOTES:

PROB 12  
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA



FILED  
CLERK, U.S. DISTRICT COURT  
03/31/2022  
CENTRAL DISTRICT OF CALIFORNIA  
BY: ___TJ___ DEPUTY

U.S.A.   VS.   Richard Paul Nery                                    Docket No.: 2:17-CR-00141-JAK-1

**Petition on Probation and Supervised Release (Citation)**

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Richard Paul Nery who was placed on supervision by the Honorable JOHN A. KRONSTADT sitting in the Court at Los Angeles, California, on the 23rd day of July, 2020 who fixed the period of supervision at 24 Months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **The original term of supervision imposed in this case on November 20, 2014, was revoked on July 23, 2020.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** Richard Paul Nery, 335 Junipero Avenue, Long Beach, California, 90814, cited into Court on April 7, 2022 at 8:30 am, to show cause why the supervision order, heretofore entered, should not be revoked. The precise time of the hearing may change upon the issuance of the final calendar for that date. The hearing will proceed in-person at the First Street Courthouse, Courtroom 10B.

ORDER OF COURT

Considered and ordered this  31  day of March, 2022 and ordered filed and made a part of the records in the above case.

_____  
United States District Judge  
HONORABLE JOHN A. KRONSTADT

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on March 28, 2022

/S/ KRISTEN RZONCA  
U. S. Probation & Pretrial Services Officer

Place:  Inglewood, California

U.S.A.   VS   Richard Paul Nery
<u>Docket No     2:17-CR-00141</u>-JAK-1

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court not to commit another Federal, state or local crime, on or about March 21, 2022, Richard Paul Nery committed the offense of transportation of a controlled substance with the intent to sell, in violation of Section 11352(a) of the California Health Safety Code.

2. Having been ordered by the Court not to commit another Federal, state or local crime, on or about February 19, 2022, Richard Paul Nery committed the offense of fraud, in violation of Section 530.5 of the California Penal Code.

3. Having been ordered by the Court not to commit another Federal, state or local crime, on or about June 22, 2021, Richard Paul Nery possessed a controlled substance with intent to sell, in violation of Section 11378 of the California Health and Safety Code.

4. Having been ordered by the Court not to commit another Federal, state or local crime, on or about June 22, 2021, Richard Paul Nery committed the offense of sale or transport of a controlled substance, in violation of Section 11379 (a) of the California Health and Safety Code.

5. Having been ordered by the Court not to commit another Federal, state or local crime, on or about June 22, 2021, Richard Paul Nery possessed a controlled substance with intent to sell, in violation of Section 11351 of the California Health and Safety Code.

6. Having been ordered by the Court not to commit another Federal, state or local crime, on or about June 22, 2021, Richard Paul Nery possessed a controlled substance with intent to sell, in violation of Section 11352 (a) of the California Health and Safety Code.

7. Having been ordered by the Court not to commit another Federal, state or local crime, on or about June 22, 2021, Richard Paul Nery possessed a controlled substance paraphernalia, in violation of Section 11364 (a) of the California Health and Safety Code.

U.S.A. VS Richard Paul Nery
Docket No    2:17-CR-00141-JAK-1

8. Having been ordered by the Court to participate in an outpatient substance abuse treatment, on March 7, 2022, Richard Paul Nery failed to report for an intake appointment at Detection and Treatment Resources Inc (DTR).

9. Having been ordered by the Court to participate in a residential substance abuse treatment center program, on January 12, 2022, Richard Nery was terminated from the Tarzana Treatment Center and failed to complete the program, due to violations of the program's rules and regulations.